**Order entered September 23, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00008-CV**

**TIFFANNY JONES, M.D. AND TJONESIVFMD, PLLC, Appellants**

**V.**

**FRISCO FERTILITY CENTER, PLLC, D/B/A DALLAS IVF, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02739-2020**

**ORDER**
Before Justices Schenck, Nowell, and Garcia

On August 5, 2021, this Court issued a judgment of contempt against Dr. Tiffany Jones. This Court ordered Dr. Jones to deliver to appellees the Samsung USB device, and all passwords or other credentials necessary to access Dr. Tiffany Jones' iCloud accounts, within seventy-two hours, or face a fine of $50 per day until such information has been provided, or until she provides proof that she no longer has the information, which would thereby purge Dr. Jones of her contempt.

On August 13, 2021, this Court granted Dr. Jones's motion for additional time to acquire and present the evidence regarding the Samsung USB necessary to purge her of contempt. This Court gave Dr. Jones another fourteen days from the date of the order to submit such evidence.

After reviewing the parties' submissions, we conclude that Dr. Jones has timely satisfied the conditions necessary to purge her of her contempt. Accordingly, Dr. Jones shall be purged of her contempt, and we **ORDER** that no fines be imposed on her.

/s/     DENNISE GARCIA
        JUSTICE